**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

PHOEBIE MAY HENSLEY,      )
        )
     Plaintiff,      )
        )
vs.         )     Case No. CIV-10-1029-F
        )
MICHAEL J. ASTRUE,      )
        )
     Defendant.      )

## ORDER

Plaintiff Phoebie May Hensley brings this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of Defendant Commissioner denying her concurrent applications for disability insurance and supplemental security income benefits.

Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter on July 26, 2011 (doc. no. 20), recommending that the Commissioner's decision be reversed and that the matter be remanded for further administrative proceedings consistent with the Report and Recommendation. In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation by August 15, 2011. He also advised that failure to make timely objection to the Report waives the right to appellate review of the recommended ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Purcell as stated in his Report and Recommendation. The Commissioner's decision denying benefits is hereby **REVERSED**. This matter is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

Dated this 16th day of August, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1029p002.wpd